AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   23-MJ-6157-PAB |
| EDWARD FOSTER and MATTHEW GEIMER, | ) | |
| | ) | |
| | ) | |
| _Defendants._ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 19, 2023, _____ in the counties of _Miami-Dade and Broward_ in the
_Southern_ District of _____ Florida _____ , the defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2119(1) and 2 | Carjacking and Attempted Carjacking |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Brandishing a Firearm in Furtherance of a Crime of Violence |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon (Foster Only) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Ryan Dreibelbis, Special Agent, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements
of Fed. R. Crim. P. 4.1 by FaceTime on this 20th day of
April, 2023.

_____
_Judge's signature_

City and State:          Fort Lauderdale, Florida

Panayotta Augustin-Birch, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Dreibelbis, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have served in this capacity since February 2018. Currently, I am assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division and have been at this location since May 2019. My duties involve investigating bank robberies, Hobbs Act robberies, extortion, kidnappings, and other violations of federal law. Prior to moving to the Miami Division, I served as a Special Agent for the FBI's New York Division where I investigated narcotics trafficking violations. In my current capacity, I have assisted in the execution of search warrants; interviewed subjects, victims, and cooperating individuals; and used historical cell site analysis to locate phones of subjects and victims.

2.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

3.      This affidavit is submitted in support of a criminal complaint charging **Edward Foster ("FOSTER") and Matthew Geimer ("GEIMER")** with violations of Title 18, United States Code, Sections 2119(1) and 2 (carjacking and attempted carjacking); Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2 (brandishing a firearm in furtherance of a crime of violence); and Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a convicted felon) (FOSTER only).

4.      The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation.

1

I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against FOSTER and GEIMER for the aforementioned criminal violations.

## PROBABLE CAUSE

### *An Armed Robbery is Committed in North Miami, Florida, on Victim 1*

5.      On or about April 19, 2023, at approximately 11:53 AM, an individual (hereinafter "Victim 1") was walking to his vehicle in North Miami, Florida. As Victim 1 approached his vehicle, he was confronted by FOSTER, who was brandishing a small assault rifle. FOSTER robbed Victim 1 of his wallet, which contained credit cards in Victim 1's name, and his watch. FOSTER entered the passenger side of a white Lexus ("the Lexus") parked next to the robbery scene, which departed. As the Lexus departed, a witness was able to photograph the Lexus' license plate, which bore plate number "HXYI33".[1]

6.      Shortly thereafter, law enforcement located the Lexus in Opa-locka, Miami-Dade County, Florida, and initiated surveillance. FOSTER and GEIMER became aware of the surveillance and fled in the Lexus. Law enforcement initiated their lights and sirens in an attempt to effectuate a stop on the Lexus, but FOSTER and GEIMER continued to flee in the Lexus, leading police on a vehicle chase through Broward County, Florida, towards Palm Beach County, Florida. FOSTER and GEIMER's flight was captured both on aerial and ground surveillance, and video recorded.

---

[1] A records check confirmed this vehicle is a rental vehicle.

### FOSTER and GEIMER Attempt a Carjacking of Victim 2

7.     On the same day, on or about April 19, 2023, while fleeing from law enforcement in the Lexus, FOSTER and GEIMER encountered an individual (hereinafter "Victim 2") in Broward County, Florida.

8.     Victim 2, the registered owner of a champagne-colored Hyundai Genesis, bearing Florida personalized Air Force license plate "PNK", was traveling on the turnpike exit ramp for Commercial Boulevard when the Lexus stopped suddenly and prevented Victim 2 from passing. At this point, FOSTER exited the passenger side of the Lexus and approached Victim 2. FOSTER brandished a small black assault rifle and attempted to open the driver's side door of Victim 2's vehicle. FOSTER was unsuccessful in obtaining access to the vehicle and returned to the passenger side of the Lexus. The Lexus then traveled off the exit ramp and traveled west on Commercial Boulevard. This attempted carjacking was captured on ground and aerial surveillance and was done in the presence of law enforcement.

### FOSTER and GEIMER Commit a Carjacking of Victim 3

9.     Shortly thereafter, an individual (hereinafter "Victim 3"), the sole occupant and driver of a white Tesla, bearing Florida license plate ending "68DDZU", was traveling west on Commercial Boulevard in the vicinity of the attempted carjacking of Victim 2. Victim 3 was stopped in traffic when GEIMER exited the driver side of the Lexus and approached the Tesla. GEIMER brandished a small black assault rifle and forced Victim 3 out of the Tesla at gunpoint. Once Victim 3 was forcefully removed from the Tesla, GEIMER entered the driver's seat of the Tesla. Immediately thereafter, FOSTER exited the driver side of the Lexus and attempted to enter the passenger side of the Tesla, which was now being driven by GEIMER. FOSTER was unable

3

to make entry into the Tesla, so he fled from the vicinity of the area on foot. FOSTER was apprehended and taken into custody by Broward Sheriff's Office (BSO).

10. GEIMER, still driving the Tesla, placed the Tesla in reverse and began fleeing the scene. During his flight, GEIMER swerved between law enforcement vehicles, crashed into Victim 2's Genesis, and then attempted to drive away before law enforcement applied a vehicle immobilization technique, stopping the Tesla. At the command of law enforcement, GEIMER exited the Tesla and placed himself on the ground. Moments later, GEIMER stood up and sprinted from the vicinity in an attempt to flee from law enforcement. GEIMER shed his clothing and jumped into a canal. GEIMER was successful in swimming across the canal, at which point he fled on foot and ran between several homes, before ultimately making his way into an occupied residence in Tamarac, Broward County, Florida. The occupant of the residence, in fear for her safety, exited the house. GEIMER was apprehended by Broward Sheriff's Office deputies and taken into custody. This entire incident was captured on both ground and aerial surveillance, and recorded.

### *Law Enforcement Conducts a Search of the Tesla*

11. Following the apprehension of both FOSTER and GEIMER, Victim 3 authorized law enforcement to search the Tesla. The Tesla was processed on scene by Broward Sheriff's Office's Crime Scene Unit. Collected from the cabin of the Tesla was a loaded black Smith and Wesson M/P 1522P, bearing serial number WAK0378. This firearm is consistent with the same firearm possessed by FOSTER and GEIMER during their crimes.

12. The Tesla is a 2022 model, which is equipped with exterior cameras. The Tesla's cameras captured the Lexus approaching the Tesla and stopping in front of the Tesla. The cameras then show GEIMER exiting the Lexus and approaching the Tesla with the assault rifle in hand.

4

GEIMER's face is clearly visible, as is a distinctive tattoo on his leg and a red pair of underpants. Notably, GEIMER was wearing these underpants when he was taken into custody. The Tesla cameras also captured FOSTER exiting the Lexus, running up to the Tesla, and unsuccessfully attempting to enter the Tesla, before fleeing on foot.

### *FOSTER and GEIMER's Statements*

13.    Following FOSTER and GEIMER's arrests, they were taken to the Broward Sheriff's Office. FOSTER was read his *Miranda* rights, waived his rights, and agreed to speak to law enforcement. In a recorded statement, FOSTER advised that he was "sorry" for what he did to Victim 2. FOSTER discussed writing an apology letter to Victim 2, but then changed course, advising law enforcement that it would be used as evidence against him. FOSTER was shown a video of himself attempting to enter Victim 3's Tesla and spontaneously uttered that he could not figure out how to unlock the door. FOSTER then stated that when he was picked up by GEIMER earlier that day in a Lexus, he saw the gun in the back seat of the Lexus. FOSTER also advised law enforcement that he was a convicted felon.

14.    GEIMER and FOSTER were then placed in an audio and video recorded room together while at the Broward Sheriff's Office. GEIMER told FOSTER that they were "famous" due to the news coverage of their police chase. FOSTER told GEIMER that law enforcement had video of FOSTER committing the armed robbery earlier in the day, in North Miami, Florida, prior to the attempted carjacking and carjacking.

### *The Vehicles and Firearms are Examined*

15.    A search of publicly available sources, including the National Highway Traffic and Safety Administration's Product Information Catalog and Vehicle Listing platform, confirm that

both the Genesis and Tesla were manufactured outside of the state of Florida and therefore has previously been transported, shipped, or received in interstate or foreign commerce.

16.     The firearm possessed by FOSTER and GEIMER was confirmed to be a Springfield, MA, Smith and Wesson. The firearm was loaded with .22 caliber ammunition. A preliminary examination of the firearm and ammunition confirm both were manufactured outside of the State of Florida and thus must have traveled in interstate commerce prior to FOSTER and GEIMER's possession on April 19, 2023.

17.     Additionally, a criminal history records check on FOSTER revealed that, prior to April 19, 2023, FOSTER had been convicted of one or more crimes punishable by imprisonment exceeding one year (felony offenses). Further, FOSTER has not had his right to possess a firearm or ammunition restored.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

18.     Based on the forgoing, your affiant submits there is probable cause to support a criminal complaint charging **Edward Foster ("FOSTER") and Matthew Geimer ("GEIMER")**, with violations of Title 18, United States Code, Sections 2119(1) and 2 (carjacking and attempted carjacking); Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2 (brandishing a firearm in furtherance of a crime of violence); and Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a convicted felon) (FOSTER only).

**FURTHER AFFIANT SAYETH NAUGHT.**

Ryan Dreibelbis, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime this __20th__ day of April 2023.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE